## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JOEL CARMENATES,

                    Plaintiff,

          vs.

DARLA S. IDEUS, Lancaster County District Court Judge;

                    Defendant.

**4:20CV3031**

**MEMORANDUM AND ORDER**

This matter is before the court on Plaintiff's response (filing no. 10) to the court's May 7, 2020 order to show cause why this matter should not be dismissed for Plaintiff's failure to pay his initial partial filing fee (filing no. 9). Upon consideration of Plaintiff's response and the court's receipt of payment of the initial partial filing fee on May 11, 2020,

IT IS ORDERED that: Plaintiff has shown sufficient cause and this matter will proceed. The next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 20th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge